**No. 47664.**—Protests 992850–G, etc., of B. Altman & Co. (New York).

Opinion by TILSON, J. In accordance with agreement of counsel that the woven silk mufflers in question are identical with those involved in Abstract 45938 the claim at 60 percent under paragraph 1209 was sustained.